NUMBER 13-04-404-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

IN RE JOHN KEARNEY, ATTORNEY 
__________________________________________________________________

On Petition for Writ of Mandamus
__________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Garza, and Wittig


 
Per Curiam Memorandum Opinion




         Relator, John Kearney, attorney, filed a motion for emergency stay and petition
for writ of mandamus in the above cause on August 5, 2004. On August 5, 2004,
the Court granted the motion for emergency stay and requested a response from the 
real parties in interest, LuAnn Whitehead and the State of Texas, and respondent, the
Honorable J. Manuel Banales.
         The Court, having examined and fully considered the petition for writ of
mandamus and the response from the real party in interest is of the opinion that relator
has not shown himself entitled to the relief sought and the petition for writ of
mandamus should be denied. See Tex. R. App. P. 52.8. Our stay of the trial court
proceedings is hereby ordered LIFTED. The petition for writ of mandamus is DENIED.

                                                                        PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed
this 18th day of August, 2004.